**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROYLAND RICE,<br><br>    Plaintiff,<br><br>    v.<br><br>A.W. BOULWARE, et al.,<br><br>    Defendants. | No. 2:20-CV-1752-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: October 19, 2020

                                                  DENNIS M. COTA<br>
                                                  UNITED STATES MAGISTRATE JUDGE