# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE, | No. 2:20-CV-1752-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A.W. BOULWARE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 11. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated:  November 23, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1