**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROYLAND RICE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.W. BOULWARE, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-1752-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action.

　　To:　Herlong Federal Correctional Institution
　　　　　741-925 Access Road A-25
　　　　　Herlong, California 96113

Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action. In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's inmate trust account. The agency referenced above is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. See 28 U.S.C. § 1915(b)(2).

///

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 11, has
3     been granted;

4     2. Plaintiff is required to pay the full statutory filing fee of $350.00 for this
5     action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

6     3. The director of the agency referenced above, or a designee, shall collect
7     from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions
8     of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment
9     to be clearly identified by the name and number assigned to this action;

10    4. Thereafter, the director of the agency referenced above, or a designee, shall
11    collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly
12    payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the
13    preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to
14    the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28
15    U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such
16    payments to be clearly identified by the name and number assigned to this action;

17    5. The Clerk of the Court is directed to serve a copy of this order and a copy
18    of Plaintiff's signed in forma pauperis affidavit to the address shown above; and

19    6. The Clerk of the Court is further directed to serve a copy of this order on
20    the Financial Department of the Court.

Dated: November 23, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE