# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE, | No. 2:20-CV-1752-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A.W. BOULWARE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. A review of the docket reflects that service of process on Defendants was returned executed on September 23, 2021, but that no defendant has filed a timely response to the complaint. Plaintiff has not, to date, further prosecuted this action by way of requests for entries of default.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for failure to prosecute.

Dated:  April 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1