IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE, | No. 2:20-CV-1752-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A.W. BOULWARE, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Plaintiff's "Motion for Summary Judgment," ECF No. 29.

On April 18, 2022, the Court issued an order indicating that, as of that date, it appeared that Defendants had been served but not responded to the complaint. See ECF No. 27. Plaintiff was directed to show cause why the action should not be dismissed for Plaintiff's failure to prosecute. See id. In response, Plaintiff filed the pending motion in which he seeks "summary judgment" because "Defendants have and did fail to respond. . . ." ECF No. 29, pg. 1. Plaintiff's motion, which is construed as a motion for default judgment, is denied as procedurally defective and premature. Specifically, no defaults have been entered by the Clerk of the Court, nor does it appear that defaults would be appropriate because Plaintiff has not served his complaint on the United States of America as required by Federal Rule of Civil Procedure 4(i)(1)-(3).

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 29, is denied as procedurally defective and premature.

Dated:  September 16, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE