IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE, | No. 2:20-CV-1752-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A.W. BOULWARE, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action. The matter was referred to a United States Magistrate Judge under Eastern District of California local rules.

      On November 23, 2020, the Magistrate Judge filed findings and recommendations, which were served on the parties and contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having reviewed the file, the Court finds the findings and recommendations are not supported by the record and by proper analysis. They do not explain in sufficient details why plaintiff's motion for a temporary restraining order or preliminary injunction should be denied. They state without discussion that the motion does not show a likelihood of irreparable harm. However, the motion and the accompanying declaration state plaintiff was denied access to the law library, allegedly due to the COVID-19 pandemic,

which could have undermined plaintiff's ability to litigate his case. *See* Mot., ECF No. 7; Objs., ECF No. 16.

At the same time, more than two and a half years have passed since plaintiff's motion for emergency relief was filed. The court has no information about whether plaintiff is still being denied access to the law library or whether these restrictions have abated. On this record, the court cannot determine whether the motion should be granted. The court **denies the motion without prejudice** to plaintiff's filing a renewed motion with supporting documents if he still seeks relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2020, are denied; and
2. Plaintiff's motion for injunctive relief, ECF No. 7, is denied without prejudice to renewal.

DATED: April 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2