IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE,<br><br>   Plaintiff,<br><br>   v.<br><br>A.W. BOULWARE, et al.,<br><br>   Defendants. | No. 2:20-cv-01752-KJM-DMC-P<br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

        On March 27, 2023, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

/////

1

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2023, are adopted in full.

2. Defendants' request for judicial notice, ECF No. 28-2, is granted.

3. Defendants' motion to revoke Plaintiff's in forma pauperis status, ECF No. 28, is granted.

4. Plaintiff's in forma pauperis status is revoked.

5. Plaintiff's motion, ECF No. 33, to add additional defendants is denied as moot.

6. This action is dismissed without prejudice to refiling upon pre-payment of fees.

7. The Clerk of Court is directed to close this case.

DATED: July 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE